ACCEPTED
09-17-00122-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 9:50 AM
CAROL ANNE HARLEY
CLERK

**CAUSE NO. 09-17-00122-CR**

| | | |
|---|---|---|
| **ANTOINE JEROME NEWSOME** | § | **IN THE COURT OF APPEALS FOR** |
| | § | FILED IN<br>9th COURT OF APPEALS<br>BEAUMONT, TEXAS |
| **V.** | § | **THE NINTH DISTRICT OF TEXAS,** |
| | § | 12/13/2017 9:50:52 AM |
| | § | CAROL ANNE HARLEY |
| **THE STATE OF TEXAS** | § | **AT BEAUMONT, TEXAS** Clerk |

_____

**STATE'S SECOND MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned case. The State would respectfully show the Court the following:

1. On March 29, 2017, the appellant entered a plea of guilty for evading arrest with motor vehicle and the Court assessed his punishment at imprisonment for 65 years.

2. The appellant filed his notice of appeal on April 18, 2017.

3. The appellant filed his brief on October 11, 2017.

4. The State's brief is due to be filed in this Court on December 13, 2017.

5. The State has previously requested one extension of time to file its brief.

1

6. The State hereby requests a 30-day extension of time to file its brief, until June 9, 2017.

7. Good cause exists for the requested extension of time, for the following reasons:

In the past thirty days, the undersigned counsel for the State has been require to prepare and file the State's motion to designate factual issues for resolution in *Ex parte William Stephen Carpenter*, Cause No. 14-03-03494-CR-(3); the State's motion to designate factual issues for resolution in *Ex parte Barron Washington*, Cause No. 15-10-11054-CR-(2); the State's answer to application for post-conviction writ of habeas corpus in *Ex parte Kenneth Dale Hardy*, Cause No. 13-05-05833-CR-(1); and the State's brief in *Trenard Jermaine Smith v. The State of Texas*, Cause No. 09-17-00081-CR.

Our office was also closed on November 23rd and November 24th 2017 for the Thanksgiving holiday.

Consequently, counsel has not had sufficient time to prepare an adequate State's brief in this case.

THEREFORE, the State requests an extension of time to file its brief until January 12, 2017, in this case.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas

/s/ *Philip S. Harris*
PHILIP S. HARRIS
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24086583
207 W. Phillips, Second Floor
Conroe, Texas 77301
(936) 539-7800
E-mail: Philip.Harris@mctx.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was sent by e-mail to Jay M. Wright, attorney for the appellant, at jaywrightatty@hotmail.com, on the date of the filing of the original with the Clerk of this Court.

/s/ *Philip S. Harris*
PHILIP S. HARRIS
Assistant District Attorney
Montgomery County, Texas